**Phyllis A. HUMPHREY,**
**Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2010–7061.

United States Court of Appeals,
Federal Circuit.

Nov. 30, 2010.

Phyllis A. Humphrey, Palmyra, IN, pro se.

## ORDER

Phyllis A. Humphrey has not responded to the court's March 24, 2010 order directing her to show cause why this appeal should not be dismissed as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.